**Order entered February 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00965-CR

**ANTWAUNN DISMUKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-51584-U**

## ORDER

The Court **REINSTATES** the appeal.

On November 20, 2013, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. We have not received the findings or the clerk's record. We have received the reporter's record. Therefore, in the interest of expediting the appeal, this is now the order of the Court.

We **ORDER** the Dallas County District Clerk to file the clerk's record in this appeal within **FIFTEEN DAYS** of the date of this order.

We **ORDER** court reporter Peri K. Wood to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 1 and 2, DVDs.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Peri K. Wood, official court reporter, 291st Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    DAVID EVANS
       JUSTICE